IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02283-CMA-KLM

STEPHANIE MARSHALL,

    Plaintiff,

v.

AD ASTRA RECOVERY SERVICES, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Leave to Attend the Rule 16 Scheduling and Planning Conference Telephonically** [Docket No. 9; Filed November 16, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  On the date and time set for the Scheduling Conference, counsel for the Plaintiff shall initiate a conference call with counsel for the Defendant and then contact Chambers at **(303) 335-2770**.

Dated:  November 17, 2009