IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02283-CMA-KLM

STEPHANIE MARSHALL,

    Plaintiff,

v.

AD ASTRA RECOVERY SERVICES, INC., a Nevada corporation,

    Defendant.

## ORDER GRANTING STAY OF ALL PROCEEDINGS PENDING COMPLETION OF ARBITRATION

This matter is before the Court on the parties' Stipulated Motion To Stay Pending Completion of Arbitration (Doc. # 23). Upon due consideration, the Court hereby

ORDERS that the parties' motion is GRANTED. All proceedings in the above-captioned case are hereby STAYED and all pre-trial deadlines are suspended pending completion of the arbitration of this matter. It is

FURTHER ORDERED that if arbitration has not been completed by May 14, 2010, the parties shall file a joint status report setting forth the progress in this case, with subsequent joint status reports due every four months following.

    DATED: January __8__, 2010

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge