**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02283-CMA-KLM

STEPHANIE MARSHALL,

    Plaintiff,

v.

AD ASTRA RECOVERY SERVICES, INC., a Nevada corporation,

    Defendant.

---

**ORDER REGARDING MOTION TO COMPEL ARBITRATION**

---

    This matter is before the Court on Defendant's Motion to Compel Arbitration and Stay the Action Pending Completion of Arbitration, filed December 17, 2009 (Doc. # 19).

    On January 6, 2010, the parties filed a Stipulated Motion to Stay Pending Completion of Arbitration (Doc. # 23). The motion averred that Plaintiff "consented to arbitration and a stay of this matter." (*Id.*, ¶ 3.) The Court granted this motion on January 8, 2010. (*See* Doc. # 24.)

    Accordingly, Defendant's Motion to Compel Arbitration and Stay the Action Pending Completion of Arbitration (Doc. # 19.) is DENIED AS MOOT.

    DATED: January __29__, 2010

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge