IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-02283-CMA-KLM

STEPHANIE MARSHALL,

    Plaintiff,

v.

AD ASTRA RECOVERY SERVICES, INC., a Nevada corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 30) signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: March __15__, 2011

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge